KEVIN V. RYAN (CSBN 118321)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6996
   FAX: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 05-2730 WHA |
|    Plaintiff, ) | **ORDER GRANTING TEMPORARY RESTRAINING ORDER** |
|    v. ) | [Fed. R. Civ. P. 65; 18 U.S.C. § 1345] |
| DALE SCOTT HEINEMAN and KURT F. ) JOHNSON, d/b/a THE DOREAN GROUP, ) THE OXFORD TRUST and UNIVERSAL ) TRUST, ) | |
|    Defendants. ) | |

   This matter came before the Court on plaintiff's motion for a temporary restraining order restraining defendants, pending the hearing on plaintiff's motion for a preliminary injunction, from further violating 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), and 18 U.S.C. § 1344 (Bank Fraud) through their "mortgage elimination" program, and from alienating or disposing of property obtained as a result of said violations. Good cause having been shown, the Court GRANTS plaintiff's motion for a temporary restraining order.

\\

\\

\\

[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER
No. C 05-2730 WHA

PENDING THE HEARING of the aforesaid motion for preliminary injunction, defendants, their officers, agents, brokers, attorneys and employees are HEREBY RESTRAINED AND ENJOINED from the following:

(A) Engaging in any activities related to their mortgage elimination scheme, including:

    (1) Advertising their debt elimination services via the Internet, telephone, or any other wire communication, or by mail (whether by commercial carrier or United States Postal Service carrier), to any individual and/or any entity;

    (2) Soliciting or receiving fees from any individual or entity;

    (3) Creating any trusts, or entering any trust agreements;

    (4) Delivering, sending, mailing, or wiring "presentment packets" to lenders, or any documents that purport to appoint themselves as the lender's agent or attorney-in-fact, or that demand that the lender acquiesce in the scheme;

    (5) Filing or recording any documents with any county clerk, or county recorder's office, or registers of deeds;

    (6) Receiving proceeds from refinanced loans and/or sale of properties to which defendants have applied their mortgage elimination program;

    (7) Offering, providing, and/or sharing of advice, including but not limited to seminars, tutorials, and conferences, relating in any way to the Dorean Group's practices.

(B) Withdrawing, transferring, removing, dissipating, and disposing of property obtained as a result of its fraudulent conduct, and freezing defendants' assets that they obtained as a result of the fraud, including funds in the following back accounts:

    Account No. 03916839
    Account Name: Lasting Legacy Trust
    Fremont Bank
    32000 Alvarado Boulevard
    Union City, California 94587

[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER
No. C 05-2730 WHA                                2

1  |  Account No. 03916847
2  |  Account Name: Cancer-Free Trust
   |  Fremont Bank
3  |  32000 Alvarado Boulevard
   |  Union City, California 94587

4  | DATED:    July 6, 2005

                                    _____
5                                   HON. WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT JUDGE