1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    JOANN M. SWANSON (CSBN 88143)
3   Chief, Civil Division

4   STEVEN J. SALTIEL (CSBN 202292)
    Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6996
7      FAX: (415) 436-6748

8   Attorneys for Plaintiff

9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )      No. C 05-02730 WHA
                                     )
14          Plaintiff,               )      **ORDER TO SHOW CAUSE RE:**
                                     )      **PRELIMINARY INJUNCTION**
15      v.                           )
                                     )      [Fed. R. Civ. P. 65; 18 U.S.C. § 1345]
16  DALE SCOTT HEINEMAN and KURT F.  )
    JOHNSON, d/b/a THE DOREAN GROUP, )
17  THE OXFORD TRUST and UNIVERSAL   )
    TRUST,                           )
18                                   )
            Defendants.              )
19  _____  )

20      To Defendants DALE SCOTT HEINEMAN and KURT F. JOHNSON

21      YOU ARE HEREBY ORDERED TO SHOW CAUSE at <u>1:00 pm</u> on <u>August 1, 2005</u>, or as

22  soon thereafter as counsel may be heard, before the Hon.   <u>William Alsup</u>   in the United

23  States Courthouse, Courtroom   <u>9</u> , 450 Golden Gate Avenue, San Francisco, CA 94102, why

24  you, your officers, agents, brokers and employees, should not be restrained and enjoined pending

25  trial of this action from further violating 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire

26  Fraud), and 18 U.S.C. § 1344 (Bank Fraud) through your "mortgage elimination" program, and

27  from alienating or disposing of property obtained as a result of said violations.

28  \\

    TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
    No.

PENDING THE HEARING of the aforesaid Order to Show Cause, you, your officers, agents, brokers, attorneys and employees are HEREBY RESTRAINED AND ENJOINED from the following:

(A)     Engaging in any activities related to their mortgage elimination scheme, including:

        (1)     Advertising their debt elimination services via the Internet, telephone, or any other wire communication, or by  mail (whether by commercial carrier or United States Postal Service carrier), to any individual and/or any entity;

        (2)     Soliciting or receiving fees from any individual or entity;

        (3)     Creating any trusts, or entering any trust agreements;

        (4)     Delivering, sending, mailing, or wiring "presentment packets" to lenders, or any documents that purport to appoint themselves as the lender's agent or attorney-in-fact, or that demand that the lender acquiesce in the scheme;

        (5)     Filing or recording any documents with any county clerk, or county recorder's office, or registers of deeds;

        (6)     Receiving proceeds from refinanced loans and/or sale of properties to which defendants have applied their mortgage elimination program;

        (7)     Offering, providing, and/or sharing of advice, including but not limited to seminars, tutorials, and conferences, relating in any way to the Dorean Group's practices.

(B)     Withdrawing, transferring, removing, dissipating, and disposing of property obtained as a result of its fraudulent conduct, and freezing defendants' assets that they obtained as a result of the fraud, including funds in the following back accounts:

        Account No. 03916839
        Account Name: Lasting Legacy Trust
        Fremont Bank
        32000 Alvarado Boulevard
        Union City, California 94587

1

2                     Account No. 03916847
                        Account Name: Cancer-Free Trust

3                     Fremont Bank
                      32000 Alvarado Boulevard

4                     Union City, California 94587

5     This Order to Show Cause and supporting papers must be served on defendant no later than

6   July    8  , 2005.  Any response or opposition to this Order to Show Cause must be filed and

7   served on plaintiff's counsel on or before July   18  , 2005.   The Government may reply by July

8   25, 2005.

9   DATED: July 6, 2005

10                                 _____

11                            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
No.                             3