KEVIN V. RYAN (CSBN 118321)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6996
    FAX: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-2730 WHA |
|     Plaintiff, | [PROPOSED] **ORDER GRANTING STAY PENDING RESOLUTION OF CRIMINAL PROCEEDINGS** |
|     v. | |
| DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST, | |
|     Defendants. | |

    This matter came before the Court on plaintiff's application for a stay of this civil action pending completion of the criminal case against defendants based on the same conduct alleged in this action. Good cause having been shown, the Court GRANTS plaintiff's application for a

\\
\\
\\
\\
\\

[PROPOSED] ORDER GRANTING STAY PENDING RESOLUTION OF CRIMINAL PROCEEDINGS
No. C 05-2730 WHA

stay. This action is hereby stayed pending final resolution of <u>United States v. Dale Scott Heineman, et. al.</u>, No. CR 05-00611 DLJ. ~~A further case management conference in this action is scheduled for May 11, 2006 at 11:00 a.m.~~ A status conference will be held June 15, 2006, at 11 a.m.

DATED: 4/24/06



_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

~~[PROPOSED]~~ ORDER GRANTING STAY PENDING RESOLUTION OF CRIMINAL PROCEEDINGS
No. C 05-2730 WHA                                    2