**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-02730 WHA |
| Plaintiff, | |
| v. | **ORDER** |
| DALE SCOTT HEINEMAN and KURT F. JOHNSON, | |
| Defendants. / | |

A case-management conference in this will be held before the undersigned at 11 a.m., February 8, 2007. The stay will continue until that date.

**IT IS SO ORDERED.**

Dated: June 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE