IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DALE SCOTT HEINEMAN, et al.,

    Defendant(s).

No. C 05-2730 WHA (MEJ)

**REPORT AND RECOMMENDATION RE: REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR 4577 OSPREY WAY, EAGLE MOUNTAIN, UTAH 84005**

    On June 20, 2006, Jim and Shirley Peterson served a Request to Modify the Preliminary Injunction for 4577 Osprey Way, Eagle Mountain, Utah 84005.  Having received no opposition to the request, the Court hereby RECOMMENDS that the District Court modify the preliminary injunction for the limited purpose of reconveying back to the Petersons any interests in this property that were transferred to Heineman, Johnson, and/or Dorean Group.

    Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report and Recommendation within ten days after being served with a copy.

    **IT IS SO RECOMMENDED.**

Dated: August 31, 2006

    MARIA-ELENA JAMES
    United States Magistrate Judge

United States District Court  
For the Northern District of California

UNITED STATES DISTRICT COURT  
FOR THE  
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DALE SCOTT HEINEMAN, et al.,

        Defendant.
                           /

Case Number: 05-2730

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman  
12152-081  
FCI Dublin Correctional Facility  
5701 8th St  
Camp Parks  
Dublin CA 94568

Kurt F. Johnson  
13177-081  
FCI Dublin Correctional Facility  
5701 8th St  
Camp Parks  
Dublin CA 94568

Peter Axelrod  
United States Attorney's Office  
450 Golden Gate Ave, 11th Floor  
San Francisco CA 94102

Jim & Shirley Peterson  
4577 Osprey Way  
Eagle Mountain UT 84005

Dated: August 31, 2006

                                    Richard W. Wieking, Clerk  
                                    By: Brenda Tolbert, Deputy Clerk

2