United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

  vs.

DALE SCOTT HEINEMAN, et al.,

    Defendant(s).

No. C 05-2730 WHA (MEJ)

**REQUEST FOR CLARIFICATION**

On July 28, 2006, John and Kyra Loveall ("Loveall") submitted a request to modify the preliminary injunction in this matter. However, Loveall's request does not identify the property allegedly affected by the preliminary injunction, nor does it describe the proposed transaction with sufficient particularity to enable the Court to properly consider the request. Accordingly, the Court hereby ORDERS Loveall to supplement the request by identifying the property affected by the injunction and describing the proposed transaction with particularity. In filing and serving the supplement, Loveall shall comply with sections 2(A) and (B) of Judge Alsup's Amended Order Setting Procedure for Requests to Modify Injunction, filed August 28, 2006. All recipients of the supplement shall comply with section 2(C) of Judge Alsup's Amended Order.

**IT IS SO ORDERED.**

Dated: September 13, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DALE SCOTT HEINEMAN, et al.,

        Defendant.

Case Number: 05-2730

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
13177-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Peter Axelrod
United States Attorney's Office
450 Golden Gate Ave, 11th Floor
San Francisco CA 94102

Loveall
Bridgeway Property Solutions
180 Montgomery St, Suite 1850
San Francisco, CA 94104

Dated: September 13, 2006

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk