IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-02730 WHA |
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |
| HEINEMAN ET AL, | |
| Defendant. | |

The Court is in receipt of the report and recommendation on a Request to Modify the Preliminary Injunction for 4577 Osprey Way, Eagle Mountain, Utah 84005, filed on August 31, 2006 by Magistrate Judge James.  Because no objections were filed, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full.  The preliminary injunction is modified for the limited purpose of reconveying back to Jim and Shirley Peterson any interests in the above-named property that were transferred to Heineman, Johnson, and/or Dorean Group.

**IT IS SO ORDERED.**

Dated:  September 18, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE