IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-02730 WHA |
| Plaintiff, | |
| v. | **ORDER RE PRELIMINARY INJUNCTION MODIFICATIONS** |
| DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST, | |
| Defendants.                               / | |

By **NOON ON MONDAY, SEPTEMBER 25, 2006**, the government shall file a memorandum indicating what procedures should be employed to fully effectuate any modifications to the preliminary injunction pursuant to the Court's order filed on August 28, 2006. The government should also address whether reconveyance to the borrowers at this stage is proper, and what role, if any, defendants Heineman and Johnson should have in any reconveyances. Finally, the government should address what role, if any, Steve Moore should have in the procedure.

**IT IS SO ORDERED.**

Dated: September 20, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE