IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DALE SCOTT HEINEMAN, et al.,

    Defendant(s).

No. C 05-2730 WHA (MEJ)

**REPORT AND RECOMMENDATION RE: REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR 2 MEADOWVIEW DRIVE, TROY, NEW YORK AND 7 MARRINER AVENUE, ALBANY, NEW YORK**

    On August 24, 2006, Christopher Campanella filed a Request to Modify the Preliminary Injunction for 2 Meadowview Drive, Troy, NY 12180, and 7 Marriner Avenue, Albany, NY 12205. (Doc. #47.) Having received no opposition to the request, the Court hereby RECOMMENDS that the District Court modify the preliminary injunction for the limited purpose of reconveying back any interests in this property that were transferred to Heineman, Johnson, and/or Dorean Group. The Court notes, however, that there is no indiciation in Campanella's request that any lender with an interest in these properties was served with the request. Accordingly, any such reconveyance should be subject to, and without prejudice to, the rights of any lender(s) in the properties.

    Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report and Recommendation within ten days after being served with a copy.

    **IT IS SO RECOMMENDED.**

Dated: October 2, 2006

                                       MARIA-ELENA JAMES
                                       United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

DALE SCOTT HEINEMAN, et al.,

      Defendant.

Case Number: 05-2730

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
13177-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Peter Axelrod
United States Attorney's Office
450 Golden Gate Ave, 11th Floor
San Francisco CA 94102

Christopher Campanella
2 Meadowview Dr
Troy NY 12180

Dated: October 2, 2006

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk