IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,<br><br>Defendants.<br>                                                                   / | No. C 05-02730 WHA<br><br>**ORDER CLARIFYING ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION TO MODIFY THE PRELIMINARY INJUNCTION FOR 4577 OSPREY WAY, EAGLE MOUNTAIN, UTAH 84005** |

By order dated September 18, 2006, this Court accepted and adopted the report and recommendation on a Request to Modify the Preliminary Injunction for 4577 Osprey Way, Eagle Mountain, Utah 84005, filed on August 31, 2006 by Magistrate Judge James. It has come to the Court's attention that an unknown individual sent title documents to defendants Heineman and Johnson on the assumption that defendants would sign the paperwork. That should never have occurred. The order modifying the preliminary injunction for the limited purpose of reconveying any interests in the above-named property to Jim and Shirley Peterson declared as a matter of law that title in the property was vested in the Petersons. Heineman and Johnson were served with the request to modify the preliminary injunction and had the opportunity to contest the transfer. By failing to respond to the request, they have waived any objection to the reconveyance.

No further title documents should be sent to defendants Heineman and Johnson for the purpose of reconveying the above-named property. If any are, administrators of FCI Dublin (or any other facility where defendants Heineman and Johnson are housed) should not provide those documents to defendants. If any title documents are sent to defendants, FCI Dublin administrators and/or counsel for the Bureau of Prisons shall notify the Court in writing of such occurrence.

**IT IS SO ORDERED.**

Dated: October 19, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2