**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

DALE SCOTT HEINEMAN and KURT F.
JOHNSON, d/b/a THE DOREAN GROUP,
THE OXFORD TRUST and UNIVERSAL
TRUST,

      Defendants.

_____/

No. C 05-02730 WHA

**ORDER ADOPTING
MAGISTRATE'S REPORT AND
RECOMMENDATION RE
REQUEST TO MODIFY
PRELIMINARY INJUNCTION
FOR 6244 LONGFORD DRIVE #3,
CITRUS HEIGHTS, CALIFORNIA
95621, APN 229-0521-008-0003**

The Court is in receipt of the report and recommendation on a Request to Modify the

Preliminary Injunction for 6244 Longford Drive #3, Citrus Heights, California 95621, APN:

229-0521-008-0003, filed on September 13, 2006, by Magistrate Judge James.  Because no

objections were filed, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full.

The preliminary injunction is modified for the limited purpose of reconveying back to Clifford

Palm, Jr. any interests in the above-named property that were transferred to Heineman, Johnson,

and/or Dorean Group.

      It has come to the Court's attention that an unknown individual sent title documents to

defendants Heineman and Johnson on the assumption that defendants would sign the

paperwork.  That should never have occurred.  This order modifying the preliminary injunction

for the limited purpose of reconveying any interests in the above-named property to Clifford

Palm, Jr. declares as a matter of law that title in the property is vested in Palm.  Heineman and

1  Johnson were served with the request to modify the preliminary injunction and had the

2  opportunity to contest the transfer.  By failing to respond to the request, they have waived any

3  objection to the reconveyance.

4      No further title documents should be sent to defendants Heineman and Johnson for the

5  purpose of reconveying the above-named property.  If any are, administrators of FCI Dublin (or

6  any other facility where defendants Heineman and Johnson are housed) should not provide

7  those documents to defendants.  If any title documents are sent to defendants, FCI Dublin

8  administrators and/or counsel for the Bureau of Prisons shall notify the Court in writing of such

9  occurrence.

10

11

12      **IT IS SO ORDERED.**

13

14  Dated:  October 19, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2