**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,<br><br>Defendants.<br>_____ / | No. C 05-02730 WHA<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION RE REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR 2 MEADOWVIEW DRIVE, TROY, NEW YORK AND 7 MARRINER AVENUE, ALBANY NEW YORK** |

The Court is in receipt of the report and recommendation on a Request to Modify the Preliminary Injunction for 2 Meadowview Drive, Troy, New York 12180, and 7 Marriner Avenue, Albany, New York 12205, filed on October 2, 2006, by Magistrate Judge James. Because no objections were filed, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full. The preliminary injunction is modified for the limited purpose of reconveying back to Christopher Campanella any interests in the above-named property that were transferred to Heineman, Johnson, and/or Dorean Group. This order notes, as did the report and recommendation, "that there is no indication in Campanella's request that any lender with an interest in these properties was served with the request [to modify the preliminary injunction]. Accordingly, such reconveyance should be subject to, and without prejudice to, the rights of any lender(s) in the properties" (Oct. 2 Report and Recommendation).

It has come to the Court's attention that an unknown individual sent title documents to defendants Heineman and Johnson on the assumption that defendants would sign the paperwork. That should never have occurred. This order modifying the preliminary injunction for the limited purpose of reconveying any interests in the above-named property to Christopher Campanella declares as a matter of law that title in the property is vested in Campanella, subject to the lender-related limitation noted above. Heineman and Johnson were served with the request to modify the preliminary injunction and had the opportunity to contest the transfer. By failing to respond to the request, they have waived any objection to the reconveyance.

No further title documents should be sent to defendants Heineman and Johnson for the purpose of reconveying the above-named property. If any are, administrators of FCI Dublin (or any other facility where defendants Heineman and Johnson are housed) should not provide those documents to defendants. If any title documents are sent to defendants, FCI Dublin administrators and/or counsel for the Bureau of Prisons shall notify the Court in writing of such occurrence.

**IT IS SO ORDERED.**

Dated: October 19, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE