IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>DALE SCOTT HEINEMAN, et al.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 05-2730 WHA (MEJ)<br><br>**REPORT AND RECOMMENDATION RE: REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 5932 ALMOND AVENUE, ORANGEVALE, CALIFORNIA 95693** |

　　　　On September 14, 2006, Diane Jensen filed a Request to Modify the Preliminary Injunction for the property located at 5932 Almond Avenue, Orangevale, California 95693.  (Docs. ##64-66.) Having received no opposition to the request, the Court hereby RECOMMENDS that the District Court modify the preliminary injunction for the limited purpose of reconveying back to Jensen any interests in this property that were transferred to Heineman, Johnson, and/or Dorean Group.

　　　　Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report and Recommendation within ten days after being served with a copy.

　　　　**IT IS SO RECOMMENDED.**

Dated: October 31, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DALE SCOTT HEINEMAN, et al.,

        Defendant.
                                   /

Case Number: 05-2730

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
13177-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Michael L. Hanks, Esq.
11211 Gold Country Blvd
Suite 107
Gold River, CA 95670

Wells Fargo Home Mortgage, Inc.
P.O. Box 54107
Los Angeles, CA 90054-0107

Dated: October 31, 2006

                                Richard W. Wieking, Clerk
                                By: Brenda Tolbert, Deputy Clerk

2

United States District Court
For the Northern District of California