IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DALE SCOTT HEINEMAN, et al.,

    Defendant(s).

No. C 05-2730 WHA (MEJ)

**REPORT AND RECOMMENDATION RE: REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 12248 KEATING ROAD, WILTON, CALIFORNIA 95693**

On September 14, 2006, Timothy Martin and Shelley Martin ("Martin") filed a Request to Modify the Preliminary Injunction for the property located at 12248 Keating Road, Wilton, California 95693. (Docs. ##61-63.) On October 30, 2006, the United States filed an opposition to Martin's request. In its opposition, the United States states that its investigation has revealed that, as part of the Defendants' "debt elimination" scheme, refinance loans were obtained by Dorean Group clients from independent lenders based on the apparent unencumbered titles created by Defendants' recording of false documents. The government is concerned that fraudulently obtained loan proceeds may have been commingled between Defendants, Dorean Group brokers, and Martin. Moreover, it appears from Martin's Proof of Service that only the second lender (Home Equity Servicing) was served with the request to modify. Therefore it is unclear whether all parties with an interest in the property received notice of the request and an opportunity to be heard.

Having reviewed the request and opposition, the Court hereby RECOMMENDS that the District Court DENY Martin's request without prejudice. Martin should serve a revised request and include Wells Fargo Mortgage Corporation on the service list. With the amended request, Martin must submit further evidence regarding (1) the status of both loans, and (2) an accounting of the

refinance loan proceeds.

**IT IS SO RECOMMENDED.**

Dated: October 31, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DALE SCOTT HEINEMAN, et al.,

        Defendant.
                                        /

Case Number: 05-2730

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
13177-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Michael L. Hanks, Esq.
11211 Gold Country Blvd
Suite 107
Gold River, CA 95670

Home Equity Servicing
P.O. Box 13716
Sacramento, CA 95853-3716

Dated: October 31, 2006

                                          Richard W. Wieking, Clerk
                                          By: Brenda Tolbert, Deputy Clerk

**United States District Court**
For the Northern District of California