IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>DALE SCOTT HEINEMAN, et al.,<br><br>Defendant(s). | No. C 05-2730 WHA (MEJ)<br><br>**REPORT AND RECOMMENDATION RE: REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 194 A LANE, LAKE ARROWHEAD, CALIFORNIA** |

On October 13, 2006, Joe Sciarra, Jr. and Lucille Sciarra filed a Request to Modify the Preliminary Injunction for the property located at 194 A Lane, Lake Arrowhead, California. Having received no opposition to the request, the Court RECOMMENDS that the District Court modify the preliminary injunction for the limited purpose of reconveying back to the Sciarras any interests in this property that were transferred to Heineman, Johnson, and/or Dorean Group.

Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report and Recommendation within ten days after being served with a copy.

**IT IS SO RECOMMENDED.**

Dated: November 29, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DALE SCOTT HEINEMAN, et al.,

        Defendant.

Case Number: 05-2730 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
13177-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Chase Manhattan Mortgage Corp.
P.O. Box 78824
Phoenix AZ 85062

Wells Fargo Bank, N.A.
P.O. Box 4233
Portland OR 97208-4233

Wells Fargo Bank, N.A.
P.O. Box 2994
Portland OR 97208-2994

Chase Manhattan Mortgage Corp.
3415 Vision Drive, Suite A
Columbus OH 43219

1 | Wells Fargo Bank, N.A.
P.O. Box 31557
2 | Billings MT 59107

3 | Joe Sciarra, Jr.
Lucille Sciarra
4 | 63 W. Arthur Ave
City of Arcadia, CA 91007

Dated: November 29, 2006

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DALE SCOTT HEINEMAN, et al.,

    Defendant(s).

No. C 05-2730 WHA (MEJ)

**REPORT AND RECOMMENDATION RE: REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 194 A LANE, LAKE ARROWHEAD, CALIFORNIA**

On October 13, 2006, Joe Sciarra, Jr. and Lucille Sciarra filed a Request to Modify the Preliminary Injunction for the property located at 194 A Lane, Lake Arrowhead, California. Having received no opposition to the request, the Court RECOMMENDS that the District Court modify the preliminary injunction for the limited purpose of reconveying back to the Sciarras any interests in this property that were transferred to Heineman, Johnson, and/or Dorean Group.

Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report and Recommendation within ten days after being served with a copy.

**IT IS SO RECOMMENDED.**

Dated: November 29, 2006

                                                MARIA-ELENA JAMES
                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DALE SCOTT HEINEMAN, et al.,

        Defendant.
                                    /

Case Number: 05-2730 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
13177-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Chase Manhattan Mortgage Corp.
P.O. Box 78824
Phoenix AZ 85062

Wells Fargo Bank, N.A.
P.O. Box 4233
Portland OR 97208-4233

Wells Fargo Bank, N.A.
P.O. Box 2994
Portland OR 97208-2994

Chase Manhattan Mortgage Corp.
3415 Vision Drive, Suite A
Columbus OH 43219

2

1  Wells Fargo Bank, N.A.
   P.O. Box 31557
2  Billings MT 59107

3  Joe Sciarra, Jr.
   Lucille Sciarra
4  63 W. Arthur Ave
   City of Arcadia, CA 91007

   Dated: November 29, 2006

6                                          Richard W. Wieking, Clerk
                                            By: Brenda Tolbert, Deputy Clerk