1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT
7
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10

| UNITED STATES OF AMERICA, | No. C 05-02730 WHA |
|---|---|
| Plaintiff, | |
| v. | **CLARIFICATION ORDER RE REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR 6244 LONGFORD DRIVE #3, CITRUS HEIGHTS, CALIFORNIA 95621, APN 229-0521-008-0003** |
| DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST, | |
| Defendants. | |

By order dated October 19, 2006, this Court modified the preliminary injunction "for the limited purpose of reconveying back to Clifford Palm, Jr. any interests in the above-named property that were transferred to Heineman, Johnson, and/or Dorean Group." The Court is in receipt of a letter from Mr. Palm requesting that the Court issue yet another order transferring title in the property to Mr. Palm. But an additional order to that effect is unnecessary. The previous order modifying the preliminary injunction reconveyed back to Mr. Palm "any interests in the above-named property." This order clarifies that "any interests" in the property includes title to 6244 Longford Drive #3, Citrus Heights, California 95621, APN: 229-0521-

008-0003. The County Recorder's office should consider the October 19 order sufficient to transfer the property to Mr. Palm.

The Clerk should serve this order on Mr. Palm at the above-listed address.

**IT IS SO ORDERED.**

Dated: December 4, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE