IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,<br><br>Defendants. | No. C 05-02730 WHA<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION RE REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 139 HONEY COOK CIRCLE, FOLSOM, CALIFORNIA 95630** |

The Court is in receipt of the report and recommendation on a Request to Modify the Preliminary Injunction for the Property Located at 139 Honey Cook Circle, Folsom, California 95630 by Magistrate Judge James. Because no objections were filed, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full. Rick Knighton and Valentina Burkhead Knighton's request to modify the preliminary injunction is **DENIED** without prejudice. The Knightons should serve a revised request and include Ameriquest Mortgage Company on the service list. With the amended request, the Knightons must submit further evidence regarding (1) the status of both loans, and (2) an accounting of the refinance loan proceeds.

**IT IS SO ORDERED.**

Dated: December 5, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE