United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,<br><br>  Defendants.<br>                                                                    / | No. C 05-02730 WHA<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION RE REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 5932 ALMOND AVENUE, ORANGEVALE, CALIFORNIA 95693** |

The Court is in receipt of the report and recommendation on a Request to Modify the Preliminary Injunction for the Property Located at 5932 Almond Avenue, Orangevale, California 95693 by Magistrate Judge James. Because no objections were filed, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full. The preliminary injunction is modified for the limited purpose of reconveying back to Diane Jensen any interests — including title — in the above-named property that were transferred to Heineman, Johnson, and/or Dorean Group. The County Recorder's office should consider this order sufficient to transfer the property to Ms. Jensen.

It has come to the Court's attention that an unknown individual sent title documents to defendants Heineman and Johnson on the assumption that defendants would sign the paperwork. That should never have occurred. This order modifying the preliminary injunction for the limited purpose of reconveying any interests in the above-named property to Diane

Jensen declares as a matter of law that title in the property is vested in Jensen. Heineman and Johnson were served with the request to modify the preliminary injunction and had the opportunity to contest the transfer. By failing to respond to the request, they have waived any objection to the reconveyance.

No further title documents should be sent to defendants Heineman and Johnson for the purpose of reconveying the above-named property. If any are, administrators of FCI Dublin (or any other facility where defendants Heineman and Johnson are housed) should not provide those documents to defendants. If any title documents are sent to defendants, FCI Dublin administrators and/or counsel for the Bureau of Prisons shall notify the Court in writing of such occurrence.

**IT IS SO ORDERED.**

Dated: December 5, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE