United States District Court

For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    UNITED STATES OF AMERICA,

              Plaintiff(s),                    No. C 05-2730 WHA (MEJ)

6                                              **REPORT AND RECOMMENDATION**
       vs.                                     **RE: REQUEST TO MODIFY**
7                                              **PRELIMINARY INJUNCTION FOR**
     DALE SCOTT HEINEMAN, et al.,              **THE PROPERTY LOCATED AT 437**
8                                              **SOUTH 800 EAST OREM, UTAH**
              Defendant(s).                    **84097**
9    _____/

10

11          On October 31, 2006, Steven James Harris and Laura June Hawkes Harris ("Harris") filed a

12   Request to Modify the Preliminary Injunction for the property located at 437 South 800 East Orem,

13   Utah 84097.  (Doc. #86.)  Having received no opposition to the request, the Court RECOMMENDS

14   that the District Court modify the preliminary injunction for the limited purpose of reconveying back

15   to Harris any interests in this property that were transferred to Heineman, Johnson, and/or Dorean

16   Group.  The Court notes that, of the two loans Harris took out against the property, Harris states that

17   they are current on their mortgage payments only with respect to CitiMortgage, Inc.  It appears that

18   Harris served both CitiMortgage, Inc. and US Bank, N.A. with the request, and neither lender served

19   any objection to the request.  However, the Court makes this recommendation subject to any

20   objections from CitiMortgage or US Bank.

21          Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to

22   Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants

23   Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report

24   and Recommendation within ten days after being served with a copy.

25          **IT IS SO RECOMMENDED.**

26   Dated: December 13, 2006

27                                              _____
                                               MARIA-ELENA JAMES
                                               United States Magistrate Judge

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DALE SCOTT HEINEMAN, et al.,

        Defendant.
_____/

Case Number: 05-2730 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
13177-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

CitiMortgage, Inc.
P.O. Box 9438
Gaithersburg, MD 20898-9438

US Bank, N.A.
Metro-High LTV 874
P.O. Box 790179
St. Louis, MO 63179-0179

Steven James Harris
Laura June Hawkes Harris
437 South 800 East
Orem, UT 84097

Dated: December 13, 2006

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2