United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DALE SCOTT HEINEMAN, et al.,

    Defendant(s).

No. C 05-2730 WHA (MEJ)

**AMENDED REPORT AND RECOMMENDATION RE: REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 437 SOUTH 800 EAST OREM, UTAH 84097**

On October 31, 2006, Steven James Harris and Laura June Hawkes Harris ("Harris") filed a Request to Modify the Preliminary Injunction for the property located at 437 South 800 East Orem, Utah 84097. (Doc. #86.) Having received no opposition to the request, the Court RECOMMENDS that the District Court modify the preliminary injunction for the limited purpose of reconveying back to Harris any interests in this property that were transferred to Heineman, Johnson, and/or Dorean Group. The Court notes that, of the two loans Harris took out against the property, Harris states that they are current on their mortgage payments only with respect to CitiMortgage, Inc. It appears that Harris served both CitiMortgage, Inc. and US Bank, N.A. with the request, and neither lender served any objection to the request. However, the Court makes this recommendation subject to any objections from CitiMortgage or US Bank.

Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants

Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report and Recommendation within ten days after being served with a copy.[1]

**IT IS SO RECOMMENDED.**

Dated: December 14, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] The Court issued a Report & Recommendation in this matter on December 13, 2006. The sole purpose of this amendment is to reflect the correct service address for defendant Kurt Johnson.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

DALE SCOTT HEINEMAN, et al.,

          Defendant.

Case Number: 05-2730 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
#ULF796
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

CitiMortgage, Inc.
P.O. Box 9438
Gaithersburg, MD 20898-9438

US Bank, N.A.
Metro-High LTV 874
P.O. Box 790179
St. Louis, MO 63179-0179

Steven James Harris
Laura June Hawkes Harris
437 South 800 East
Orem, UT 84097

Dated: December 14, 2006

                                          Richard W. Wieking, Clerk
                                          By: Brenda Tolbert, Deputy Clerk