IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,<br><br>  Defendants. | No. C 05-02730 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   In light of the ongoing proceedings in the related criminal action, the case management conference currently scheduled for February 8, 2007, is hereby vacated. A case management conference will be held before the undersigned on **MAY 10, 2007**, at **11:00 A.M**. The stay will continue until that date.

   **IT IS SO ORDERED.**

Dated: February 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE