IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DALE SCOTT HEINEMAN, et al.,

    Defendant(s).

No. C 05-2730 WHA (MEJ)

**REPORT AND RECOMMENDATION RE: REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 5005 CHESLEY AVENUE, LOS ANGELES, CALIFORNIA**

    The Court is in receipt of David and Schalisa Curtis' ("Curtis") Request to Modify the Preliminary Injunction for the property located at 5005 Chesley Avenue, Los Angeles, California, dated August 28, 2006.  (Doc. #111.)  Having received no opposition to the request, the Court hereby RECOMMENDS that the District Court modify the preliminary injunction for the limited purpose of reconveying back to Curtis any interests in this property that were transferred to Heineman, Johnson, and/or Dorean Group.  However, it does not appear that Curtis served the request on any lenders with secured interests in the property.  Accordingly, this recommendation is made subject to any objections that an interested lender may have.

    Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report

and Recommendation within ten days after being served with a copy.

**IT IS SO RECOMMENDED.**

Dated: February 16, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DALE SCOTT HEINEMAN, et al.,

        Defendant.

Case Number: 05-2730

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
#ULF796
Santa Rita Jail
5325 Broder Blvd
Dublin CA 94568

David and Schalisa Curtis
5005 Chesley Ave
Los Angeles, CA 90043

Dated: February 16, 2007

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk