1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

United States District Court
For the Northern District of California

11

UNITED STATES OF AMERICA,

No. C 05-2730 WHA (MEJ)

12

        Plaintiff(s),

13

    vs.

14

DALE SCOTT HEINEMAN, et al.,

15

        Defendant(s).
_____/

16

**REPORT AND RECOMMENDATION
RE: REQUEST TO MODIFY
PRELIMINARY INJUNCTION FOR
THE PROPERTY LOCATED AT 127
PARKSIDE DRIVE, ANDERSON,
SOUTH CAROLINA**

17

        The Court is in receipt of Joseph M. Crossley's Request to Modify the Preliminary Injunction

18

for the property located at 127 Parkside Drive, Anderson, South Carolina, dated January 22, 2007.

19

(Doc. #114.)  Having received no opposition to the request, the Court hereby RECOMMENDS that

20

the District Court modify the preliminary injunction for the limited purpose of reconveying back to

21

Curtis any interests in this property that were transferred to Heineman, Johnson, and/or Dorean

22

Group.  However, it does not appear that Crossley served the request on any lenders with secured

23

interests in the property.  Accordingly, this recommendation is made subject to any objections that

24

an interested lender may have.

25

        Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to

26

Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants

27

Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report

28

and Recommendation within ten days after being served with a copy.

**IT IS SO RECOMMENDED.**

Dated: February 26, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2

1
2
3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

4

UNITED STATES OF AMERICA,

Case Number: 05-2730

5

Plaintiff,

**CERTIFICATE OF SERVICE**

6

v.

7

DALE SCOTT HEINEMAN, et al.,

8

Defendant.
_____/

9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

11

12   That on February 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
13   in the Clerk's office.

14   Dale Scott Heineman
     12152-081
15   FCI Dublin Correctional Facility
     5701 8th St
16   Camp Parks
     Dublin CA 94568
17
     Kurt F. Johnson
18   #ULF796
     Santa Rita Jail
19   5325 Broder Blvd
     Dublin CA 94568
20
     Joseph M. Crossley
21   127 Parkside Dr
     Anderson SC 29621
22
     Dated: February 26, 2007
23
                                              Richard W. Wieking, Clerk
                                              By: Brenda Tolbert, Deputy Clerk
24

25

26

27

28
                                              3

**United States District Court**
For the Northern District of California