1

2

3

4

5        IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

UNITED STATES OF AMERICA,

8                                              No. C 05-2730 WHA (MEJ)
              Plaintiff(s),

9                                              **REPORT AND RECOMMENDATION
     vs.                                       RE: REQUEST TO MODIFY**
10                                             **PRELIMINARY INJUNCTION FOR**
DALE SCOTT HEINEMAN, et al.,                   **THE PROPERTY LOCATED AT 2404**
11                                             **BRATHAY COURT, CHARLOTTE,**
              Defendant(s).                    **NORTH CAROLINA 28269**
12   _____/

13

14        On March 5, 2007, Janice Morris and James Ross, Jr. ("Morris") filed a Request to Modify

15   the Preliminary Injunction for the property located at 2404 Brathay Court, Charlotte, North Carolina

16   28269.  (Doc. #136.)  However, on March 26, 2007, the government filed a Statement of Non-

17   Opposition in which it directed the Court's attention to a proceeding entitled *State of North Carolin*

18   *ex rel. Roy Cooper, Attorney General v. D. Scott Heineman and Kurt F. Johnson, individually and*

19   *D/B/A the Dorean Group, and Joyce Earl Delancey Lambeth, A/K/A J.E.D. Lambeth*, North

20   Carolina Superior Court, Wake County No. 05CV002761.  (Doc. #157.)  In that case, a Judgment

21   was entered on January 31, 2007 ordering that any documents that Heineman or Johnson filed or

22   caused to be filed with any register of deeds of clerk of court in any county in North Carolina to

23   convey title from a borrower to Heineman or Johnson, to eliminate or cancel a borrower's deed of

24   trust, is void *ab initio*.  (Doc. #157, Ex.1.)  Accordingly, the undersigned RECOMMENDS that the

25   District Court deny Morris' request as moot.

26        However, should the District Court proceed on the merits of Morris' request, having received

27   no opposition to the request, the undersigned RECOMMENDS that the District Court modify the

28   preliminary injunction for the limited purpose of reconveying back to Morris any interests in this

*United States District Court*
*For the Northern District of California*

1    property that were transferred to Heineman, Johnson, and/or Dorean Group.

2        Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to

3    Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants

4    Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report

5    and Recommendation within ten days after being served with a copy.

6        **IT IS SO RECOMMENDED.**

7

8    Dated: March 27, 2007                                      _____
                                                                MARIA-ELENA JAMES
9                                                               United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

UNITED STATES OF AMERICA,

Case Number: 05-2730 WHA

Plaintiff,

5

**CERTIFICATE OF SERVICE**

6

v.

7

DALE SCOTT HEINEMAN, et al.,

Defendant.

8

_____/

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on March 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

15

16

17

Kurt F. Johnson
# ULF796
Santa Rita Jail
5325 Broder Blvd
Dublin CA 94568

18

19

20

Jared E. Gardner
James, McElroy & Diehl, P.A.
600 S. College St, Ste 3000
Charlotte NC 28202

21

22

23

Countrywide Mortgage
Lending Dept #24
155 North Lake Ave
Pasadena CA 91109-7137

24

25

Dated: March 27, 2007

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

26

27

28

3

United States District Court
For the Northern District of California