United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,<br><br>Defendants.<br>_____ / | No. C 05-02730 WHA<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION RE REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 2404 BRATHAY COURT, CHARLOTTE, NORTH CAROLINA 28269** |

The Court is in receipt of the report and recommendation on a Request to Modify the Preliminary Injunction for the property located at 2404 Brathay Court, Charlotte, North Carolina 28269 by Magistrate Judge James. Because no objections were filed, this order **ACCEPTS** and **ADOPTS** the report and recommendation. The request is **DENIED AS MOOT** for the reasons stated in Judge James' report and recommendation.

**IT IS SO ORDERED.**

Dated: April 24, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE