IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,<br><br>Defendants. | No. C 05-02730 WHA<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION RE REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 7708 SAN SABANA COURT, DUBLIN, CALIFORNIA 94568** |

The Court is in receipt of the report and recommendation on a Request to Modify the Preliminary Injunction for the property located at 7708 San Sabana Court, Dublin, California 94568 by Magistrate Judge James. Because no objections were filed, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full. The request to modify the preliminary injunction is **DENIED WITHOUT PREJUDICE**. Movant David Miller must file a revised request that provides particularized facts supporting his request. Miller should also include proof that he served all interested parties as required by the August 28, 2006 Amended Order.

**IT IS SO ORDERED.**

Dated: May 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE