**United States District Court**
For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    UNITED STATES OF AMERICA,                    No. C 05-02730 WHA

11                   Plaintiff,

12        v.                                       **ORDER ADOPTING
                                                   MAGISTRATE'S REPORT AND
13    DALE SCOTT HEINEMAN and KURT F.              RECOMMENDATION RE
      JOHNSON, d/b/a THE DOREAN GROUP,             REQUEST TO MODIFY
14    THE OXFORD TRUST and UNIVERSAL               PRELIMINARY INJUNCTION
      TRUST,                                       FOR THE PROPERTY LOCATED
15                                                 AT 5937 LAGUNA PARK DRIVE,
                   Defendants.                     ELK GROVE, CALIFORNIA**
16    _____/

17

18        The Court is in receipt of the report and recommendation on a Request to Modify the

19    Preliminary Injunction for the property located at 5937 Laguna Park Drive, Elk Grove,

20    California by Magistrate Judge James.  Because no objections were filed, this order ACCEPTS

21    and ADOPTS the report and recommendation in full.  The preliminary injunction is modified for

22    the limited purpose of reconveying back to James and Teresa Collentine any interests —

23    including title — in the above-named property that were transferred to Heineman, Johnson,

24    and/or Dorean Group.  The County Recorder's office should consider this order sufficient to

25    transfer the property to the Collentines.

26        It has come to the Court's attention that an unknown individual sent title documents to

27    defendants Heineman and Johnson on the assumption that defendants would sign the

28    paperwork.  That should never have occurred.  This order modifying the preliminary injunction

1  for the limited purpose of reconveying any interests in the above-named property to the

2  Collentines declares as a matter of law that title in the property is vested in the Collentines.

3  Heineman and Johnson were served with the request to modify the preliminary injunction and

4  had the opportunity to contest the transfer.  By failing to respond to the request, they have

5  waived any objection to the reconveyance.

6      No further title documents should be sent to defendants Heineman and Johnson for the

7  purpose of reconveying the above-named property.  If any are, administrators of FCI Dublin (or

8  any other facility where defendants Heineman and Johnson are housed) should not provide

9  those documents to defendants.  If any title documents are sent to defendants, FCI Dublin

10 administrators and/or counsel for the Bureau of Prisons shall notify the Court in writing of such

11 occurrence.

12

13     **IT IS SO ORDERED.**

14

15 Dated:  May 29, 2007.

16                                         WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2