FILE:

1   Recording Requested By

2   MICHAEL L. HANKS, ESQ.

2007 JUN 26  PM 3:42

3   And When Recorded Return To:

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

4   MICHAEL L. HANKS, ESQ
    11211 Gold Country Blvd., Ste. 107
5   Gold River, CA 95670
    (916) 635-0302

6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

7

8                    UNITED STATES DISTRICT COURT          **RECEIVED**

9           NORTHERN DISTRICT OF CALIFORNIA              JUN - 6 2007

10                    SAN FRANCISCO DIVISION          RICHARD W. WIEKING
                                                   CLERK U.S. DISTRICT COURT,
11                                                 NORTHERN DISTRICT OF CALIFORNIA

12
    UNITED STATES OF AMERICA.        )    Case No. C 05-2730 WHA
13                                    )
                      Plaintiffs,     )    To evidence the judicial determination
14                                    )    affecting title of the real property
    v.                                )    located at 139 Honey Cook Circle,
15                                    )    Folsom, California  95630
                                      )    APN: 071-1060-064 to the
16  DALE SCOTT HEINEMAN and           )    possession of Rick Knighton and
    KURT F. JOHNSON, dba THE          )    Valentina Burkhead Knighton
17  DOREAN GROUP, THE OXFORD          )
    TRUST and UNIVERSAL TRUST,        )
18                                    )
                      Defendants.     )
19  _____ )

20
    In the matter of:
21
         The property title transfer from D. SCOTT HEINEMAN and KURT F. JOHNSON,
22
    TRUSTEES, of the Knighton Family Trust dated March 29, 2005 to Rick Knighton and
23
    Valentina Burkhead Knighton, husband and wife as community property.
24
    THE COURT HEREBY ORDERS, ADJUDGES AND DECREES THAT:
25
         D. SCOTT HEINEMAN and KURT F. JOHNSON, TRUSTEES of the
26
    Knighton Family Trust dated March 29, 2005, as Grantors, to be transferred to Rick
27
                                   Order
28                          No. C 05-2730 WHA

1  Knighton and Valentina Burkhead Knighton, husband and wife as community property

2  as Grantee, the real property located at 139 Honey Cook Circle, Folsom, California,

3  Sacramento County, APN  071-1060-064:

4

5       Lot 4 as shown on the "Plat of Folsom Heights" recorded in
        Book 198 of Maps, Map No. 8, records of said County, and
6       as amended by Certificate of Correction recorded July 27,
        1990, in Book 900727 of Official Records, Page 1204.
7

8  APN 071-1060-064

9  Commonly known as 139 Honey Cook Circle, Folsom, CA 95630

10

11  IT IS SO ORDERED.

12

13  Dated:  6/26/07

                                          _____
14                                        William Alsup
                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28