Recording Requested By

CHRISTIAN J. SMITH, ESQ.

And When Recorded Return To:

CHRISTIAN J. SMITH, ESQ.
601 University Avenue, Suite 250
Sacramento, CA 95825
Telephone: (916) 565-8161
Facsimile: (916) 565-8170

FILED
07 AUG 13 PM 5:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SPACE ABOVE THIS LINE FOR RECORDER'S USE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> DALE SCOTT HEINEMAN and KURT F. JOHNSON, dba THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST, <br><br> Defendants. | CASE NO. C 05-2730 WHA <br><br> **TO EVIDENCE THE JUDICIAL DETERMINATION AFFECTING TITLE OF THE REAL PROPERTY LOCATED AT 5000 CHAMBERLIN CIRCLE, ELK GROVE, CALIFORNIA 95757-2515; APN: 132-1590-059-0000 TO THE POSSESSION OF ALEXANDER KURDYUMOV.** |

In the matter of:

The property title transfer from D. SCOTT HEINEMAN and KURT F. JOHNSON, TRUSTEES, of the Kurdyumov Family Trust dated September 20, 2004, to Alexander Kurdyumov, a married man, as sole and separate property.

THE COURT HEREBY ORDERS, ADJUDGES AND DECREES THAT:

D. SCOTT HEINEMAN and KURT F. JOHNSON, TRUSTEES of the Kurdyumov Family Trust dated September 20, 2004, as Grantors, to be transferred to Grantee, Alexander Kurdyumov, a married man, as sole and separate property the real property located at 5000 Chamberlin Circle; Elk Grove, Sacramento County, California 95757-2515, APN 132-1590-059-0000 and more particularly described as:

Order
No. C 05-2730 WHA

*Lot 81, as shown on the Plat of Elk Grove Meadows Unit 3A, recorded in the Office of the County Recorder of Sacramento County, California on November 24, 2003 in book 322 of Maps, Page 1.*

APN:                  132-1590-059-0000.

Commonly known as:    5000 Chamberlin Circle; Elk Grove, Sacramento County, California 95757-2515.

IT IS SO ORDERED.

Dated: _____

                                         _____
                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE

                                         8-12-07

Order
No. C 05-2730 WHA