IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DALE SCOTT HEINEMAN and
KURT F. JOHNSON, d/b/a THE DOREAN
GROUP, THE OXFORD TRUST and
UNIVERSITY TRUST,

    Defendants.
_____/

No. C 05-02730 WHA

**ORDER OF STAY AND
SETTING NEW CASE
MANAGEMENT CONFERENCE**

    This case is **STAYED** pending a further case management conference on **MARCH 27, 2008**, at **11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: November 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE