IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DALE SCOTT HEINEMAN and<br>KURT F. JOHNSON, d/b/a THE DOREAN<br>GROUP, THE OXFORD TRUST and<br>UNIVERSITY TRUST,<br><br>    Defendants.<br>_____/ | No. C 05-02730 WHA<br><br>**ORDER RE STAY AND SETTING<br>NEW CASE MANAGEMENT<br>CONFERENCE** |

    Although this case is stayed pending a further case management conference on March 27, 2008, the stay is not intended to include the modification motions filed by individual property owners. Those modification motions can continue to proceed despite the stay.

    **IT IS SO ORDERED.**

Dated: December 3, 2007.

                                                      WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE