IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 05-02730 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 1528 FREDERICK MICHAEL WAY, LIVERMORE, CA 94550** |

　　　　The Court is in receipt of the report and recommendation on a Request to Modify the Preliminary Injunction for the Property Located at 1528 Frederick Michael Way, Livermore, California 94550 by Magistrate Judge James. Because no objections were filed, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full. The request to modify the preliminary injunction is **DENIED** without prejudice.

　　　　In addition, Bill Kennedy must file a revised request that provides particularized facts supporting his request. He should include proof that he served all interested parties as required by the August 28, 2006 Amended Order.

　　　　**IT IS SO ORDERED.**

Dated: May 20, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE