IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DALE SCOTT HEINEMAN, et al.,

    Defendant(s).

No. C 05-2730 WHA (MEJ)

**REPORT AND RECOMMENDATION RE: REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 5421 WELLINGTON DRIVE, RICHARDSON, TEXAS 75082**

    On May 1, 2008, Tahir H. Gilani and Nargis Gilani ("Gilanis") filed a Request to Modify the Preliminary Injunction for the property located at **5421 WELLINGTON DRIVE, RICHARDSON, TEXAS 75082.**  (Doc. #341.)  Having received no opposition to the request, the undersigned RECOMMENDS that the District Court modify the preliminary injunction for the limited purpose of reconveying back to the Gilanis any interests in this property that were transferred to Heineman, Johnson, and/or Dorean Group.

    Pursuant to Section 2(C) of the Court's Amended Order Setting Procedure for Requests to Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants Heineman & Johnson, filed August 28, 2006, any party may serve and file objections to this Report and Recommendation within ten days after being served with a copy.

    **IT IS SO RECOMMENDED.**

Dated: June 23, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DALE SCOTT HEINEMAN, et al.,

        Defendant.

Case Number: 05-2730 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
#13177-081
FCI Dublin Correctional Facility
5701 8th St., Camp Parks
Dublin, CA 94568

Tahir and Nargis Gilani
5421 Wellington Dr
Richardson TX 75082

Provident Funding Associates, LP
PO Box 5914
 Santa Rosa CA 95402

Dated: June 23, 2008

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk