IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>vs.<br><br>DALE SCOTT HEINEMAN, et al.,<br><br>    Defendant(s). | No. C 05-2730 WHA (MEJ)<br><br>**REPORT AND RECOMMENDATION RE: REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 602 MONROE STREET, SANDPOINT, IDAHO 83864** |

    Mark D. Johnson and Marion T. Johnson ("Johnsons") have submitted to the United States Attorney's Office a Request to Modify the Preliminary Injunction for the property located at **602 MONROE STREET, SANDPOINT, IDAHO 83864**. However, the Johnsons did not file the request with the Clerk's Office, and did not submit a chambers copy to the undersigned magistrate judge, as required by the August 28, 2006 Amended Order Setting Procedure for Requests to Modify Injunction for Borrowers to Seek Return of Property Interests Conveyed to Defendants Heineman and Johnson. (Doc. #46.)

    On June 20, 2008, the United States filed an Opposition to the Johnsons' request, noting that the Johnsons also failed to serve their request upon any lenders with a secured interest in the subject property, as required by ¶ 2(B) of the August 28, 2006 Amended Order. Accordingly, the undersigned magistrate judge RECOMMENDS that the District Court deny without prejudice the request to modify the preliminary injunction. The undersigned further RECOMMENDS that the District Court order the Johnsons to file with the Clerk of Court a revised request that includes proof that they served all interested parties as required by the August 28, 2006 Amended Order, and to

1  provide a chambers copy to the undersigned magistrate judge.

2      Pursuant to Section 2(C) of the Court's August 28 Amended Order, any party may serve and

3  file objections to this Report and Recommendation within ten days after being served with a copy.

4  **IT IS SO RECOMMENDED.**

6  Dated: June 23, 2008

                                               MARIA-ELENA JAMES
                                               United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DALE SCOTT HEINEMAN, et al.,

        Defendant.

Case Number: 05-2730 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
FCI Dublin Correctional Facility
5701 8th St
Camp Parks
Dublin CA 94568

Kurt F. Johnson
#13177-081
FCI Dublin Correctional Facility
5701 8th St., Camp Parks
Dublin, CA 94568

Mark and Marion Johnson
602 Monroe St
Sandpoint ID 83864

Dated: June 23, 2008

                                Richard W. Wieking, Clerk
                                By: Brenda Tolbert, Deputy Clerk

3