**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-02730 WHA |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION RE REQUEST TO MODIFY PRELIMINARY INJUNCTION FOR THE PROPERTY LOCATED AT 602 MONROE STREET, SANDPOINT, IDAHO 83864** |
| v. | |
| DALE SCOTT HEINEMAN and KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST, | |
| Defendants. / | |

The Court is in receipt of the report and recommendation on a Request to Modify the Preliminary Injunction for the Property Located at 602 Monroe Street, Sandpoint, Idaho 83864 by Magistrate Judge James. Because no objections were filed, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full. The request to modify the preliminary injunction is **DENIED** without prejudice. The Johnsons must file with the Clerk of Court a revised request that includes proof that they served all interested parties as required by the August 28, 2006 Amended Order, and to provide a chambers copy to Magistrate Judge Maria-Elena James.

**IT IS SO ORDERED.**

Dated: July 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE