IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-02730 WHA |
| Plaintiff, | |
| v. | **ORDER RE BRIEFING FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND VACATING HEARING** |
| DALE SCOTT HEINEMAN AND KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST, | |
| Defendants. / | |

The hearing for the government's motion for summary judgment is set for August 7, 2008. In accordance with Civil Local Rule 7-3, any opposition to the motion must be served and filed not less than 21 days before the hearing date. The opposition was therefore due on July 17, 2008. No opposition has been forthcoming. In light of the fact that defendants are incarcerated and are representing themselves, this order will give them further opportunity to provide an opposition. The hearing date of August 7, 2008, is **VACATED**. If defendants choose to oppose the motion for summary judgment, an opposition must be served and filed by **THURSDAY, JULY 31, 2008**. If they do not oppose the motion, the motion will be deemed unopposed. The reply is due **THURSDAY, AUGUST 7, 2008**. No hearing is necessary as the matter will be submitted on the papers.

**IT IS SO ORDERED.**

Dated: July 21, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE