IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DALE SCOTT HEINEMAN AND KURT F.<br>JOHNSON, d/b/a THE DOREAN GROUP,<br>THE OXFORD TRUST and UNIVERSAL<br>TRUST,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 05-02730 WHA<br><br><br>**REQUEST FOR RESPONSE** |

　　　The Court has received defendants' motion for review of order granting extension of time (Dkt. No. 376). The government is requested to respond by **FRIDAY, AUGUST 22, 2008, AT 10:00 A.M.**

　　　**IT IS SO ORDERED.**

Dated: August 20, 2008.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE