IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN AND KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,<br><br>Defendants.<br>_____/ | No. C 05-02730 WHA<br><br>**ORDER DENYING MOTION FOR REVIEW OF ORDER GRANTING EXTENSION OF TIME** |

Defendants moved for a review of the order granting a limited extension of time for them to file an opposition memorandum. The Court has already granted two extensions (but not to the extent requested by defendants). They now claim that they have not been in possession of the government's motion for summary judgment.[1] That is not the case. In defendants' earlier motion for extension of time, they admitted to having received the government's filings. They stated "that movant received plaintiff's motion on July 26, 2008" (Dkt. No. 370).

---

[1] Defendants refer to this motion as the government's filed motion of June 13. There is no such motion, but the motion for summary judgment was filed on June 23, 2008. This order assumes that defendants are referring to the motion for summary judgment, especially because defendants' earlier request for extension was entitled, "Motion for Extension of Time Regarding Order Re Briefing for Plaintiff's Motion for Summary Judgment and Vacating Hearing" (Dkt. No. 370).

**United States District Court**
For the Northern District of California

Good cause not having been shown, the motion for review of order granting extension of time is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated:  August 22, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE