IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DALE SCOTT HEINEMAN AND KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 05-02730 WHA<br><br>**ORDER RE APPLICATION OF AMENDED FINAL JUDGMENT TO THE PROPERTY LOCATED AT 6953 AMBERWICK WAY, CITRUS HEIGHTS, CALIFORNIA 95621** |

　　　　On October 14, 2008, the Court entered an amended final judgment which stated that any conveyances a homeowner made upon direction from defendants Heineman and Johnson to a so-called "family-trust" which named defendants Heineman and Johnson as trustees are null and void, and that any interest in the homeowner's property that was transferred to such a family trust is transferred back to the homeowner (Dkt. No. 385). This applies to the property located at 6953 Amberwick Way, Citrus Heights, California 95621, and voids the conveyance of that property to the "Stockman Family Trust."

　　　　**IT IS SO ORDERED.**

Dated: September 30, 2009.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE