UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DALE SCOTT HEINEMAN and<br>KURT F. JOHNSON,<br><br>        Defendant.             / | Case Number: CV05-02730 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mohamed Aslam
Naila K. Aslam
1219 Arbor Park Drive
Allen, Texas 75013

Dale Scott Heineman
#12152-081
FCI - Victorville
PO Box 5300
Adelanto, CA 92301

Kurt F. Johnson
#13177-081
Safford Federal Correctional Institution
PO Box 9000
Safford, AZ 85548

Dated: February 16, 2010

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk