IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DALE SCOTT HEINEMAN AND KURT F. JOHNSON, d/b/a THE DOREAN GROUP, THE OXFORD TRUST and UNIVERSAL TRUST,

    Defendants.

No. C 05-02730 WHA

**ORDER RE REQUEST TO MODIFY THE PRELIMINARY INJUNCTION**

In light of the amended final judgment, the government is hereby requested to advise the Court regarding petitioner Derrick T. Wood's request for relief by **NOVEMBER 5, 2013, AT NOON**.

**IT IS SO ORDERED.**

Dated: October 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE